Christine E. Howson, Esq. (SB#137806)
THE WOLF FIRM, A Law Corporation
2955 Main Street, Second Floor
Irvine, CA 92614
Telephone: (949) 720-9200
Fax: (949) 608-0129
Email: Christine.howson@wolffirm.com

Attorneys for Defendants BANC OF
CALIFORNIA, N.A. formerly dba BANC HOMES
LOANS, and DOVENMUEHLE MORTGAGE, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| MEGAN ANN DAILEY, | Case No.: 3:17-cv-05371-JCS |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE [FRCP 41(a)(1)]** |
| BANC OF CALIFORNIA, N.A. DBA BANC HOME LOANS; DOVENMUEHLE MORTGAGE, INC.; AND DOES 1-100, INCLUSIVE, | |
| Defendants. | |

IT IS HEREBY STIPULATED between Plaintiff MEGAN ANN DAILEY ("Plaintiff"), and Defendants BANC OF CALIFORNIA, N.A. formerly dba BANC HOME LOANS and DOVENMUEHLE MORTGAGE, INC. (collectively "Defendants"), by and through Plaintiff, in *pro se*, and Defendants' attorney of record, Christine E. Howson, Esq. of the Wolf Firm, A Law Corporation, that the entire above-captioned action be and is hereby dismissed with prejudice, and no party shall recover their

///

///

attorneys fees' or costs in the action.

IT IS SO STIPULATED.

Dated: March 29, 2018       _____
                            MEGAN ANN DAILEY, Plaintiff in *pro se*


Dated: March __, 2018       THE WOLF FIRM, A LAW CORPORATION


                            By: _____
                                Christine E. Howson, Esq.
                                Attorneys for Defendants
                                for Defendants BANC OF CALIFORNIA, N.A.
                                formerly dba BANC HOME LOANS, and
                                DOVENMUEHLE MORTGAGE, INC.

attorneys fees' or costs in the action.

IT IS SO STIPULATED.

Dated: March ___, 2018

_____
MEGAN ANN DAILEY, Plaintiff in *pro se*

Dated: March 28, 2018    THE WOLF FIRM, A LAW CORPORATION


By: *Christine E. Howson*
Christine E. Howson, Esq.
Attorneys for Defendants
for Defendants BANC OF CALIFORNIA, N.A.
formerly dba BANC HOME LOANS, and
DOVENMUEHLE MORTGAGE, INC.

Dated: April 9, 2018

GRANTED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Irvine, California; my business address is The Wolf Firm, 2955 Main Street, Irvine, CA. |
| 3 | |
| 4 | On April 9, 2018, I served a copy, with all exhibits, if any, of the following document(s): |
| 5 | **STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| 6 | |
| 7 | on all interested parties in said case addressed as follows: |
| 8 | Megan Ann Dailey |
| 9 | Law Offices of Megan Dailey<br>805 Maine Avenue<br>Richmond, CA 94804 |
| 10 | (415) 794-4479 |
| 11 | Fax: (510) 323-8112<br>Email: saveyourhouse70@gmail.com |
| 12 | |
| 13 | ☒ **(BY CM/ECF )** I caused such document(s) to be transmitted to the offices of the addressee(s) listed above by electronic mail at the email address(es) set forth pursuant to FRCP 5(d)(1). |
| 14 | |
| 15 | I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. |
| 16 | |
| 17 | This declaration is executed in Irvine, California, on April 9, 2018. |
| 18 | |
| 19 | /s/ Mihaela Cristina Iuga<br>Mihaela Cristina Iuga |